# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Javonne Qwanae Hunt, | ) | Case No. 1:24-cr-138 |
| | ) | |
| Defendant. | ) | |

Defendant was ordered detained following a detention hearing on August 13, 2025. On December 11, 2025, he filed a Motion to Be Placed on Half-Way House List. (Doc. No. 93). Stressing that he has now been in custody for over a year, he requests that the court place his name on the waiting list for a residential reentry placement.

There being no objection from the United States, the court GRANTS Defendant's motion (Doc. No. 93). Defendant's name shall be added to the waiting list for a residential reentry placement. The court may revisit the issue of detention when space becomes available for Defendant at a residential reentry facility. In the interim, Defendant shall remain in the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States Disrict Court